Louis Brecka, appellee, v. Abram Shatz, appellant. Gen. No. 35,653.

Heard in the first division of this court for the first district at the December term, 1931. Opinion filed February 29, 1932. Rehearing denied March 14, 1932.

Laurence M. Fine, for appellant. J. Paul Dunne, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

R. W. Graham et al., appellee, v. Morris Feldman et al., appellants. Gen. No. 35,666.

Heard in the first division of this court for the first district at the December term, 1931. Opinion filed February 29, 1932.

William Feldman, for appellants. Edward P. McKeown, for appellee; John Owen and James C. O'Brien, Jr., of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Nancy Wassman, appellee, v. Chicago Title & Trust Company et al., defendants, on appeal of Edward A. Miller, appellant. Gen. No. 35,847.

Heard in the first division of this court for the first district. Opinion filed March 4, 1932. Rehearing denied March 15, 1932.

Edward N. Sherburne, for appellant. Cohen, Tomas & Cohen, for appellee; George B. Cohen, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Leslie F. Muter Company, appellee, v. The Muter Company et al., appellants. Gen. No. 35,828.

Heard in the first division of this court for the first district. Opinion filed March 11, 1932. Rehearing denied March 21, 1932.

Thomas G. Vent, for appellants. Sylvanus George Lee, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Joseph Mensik for use of William J. Dillon and James L. Kostka, his attorneys, appellee, v. John Masek and Josefa Masek, appellants. Gen. No. 35,136.

Heard in the third division of this court for the first district at the April term, 1931. Opinion filed March 16, 1932. Rehearing denied and opinion modified March 29, 1932.

Myer H. Gladstone, for appellants. William J. Dillon, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.